UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| GREG MORRIS,<br>    Plaintiff, | CASE NO. 20-cv-1572 |
| v. | JURY TRIAL DEMANDED |
| FAIRWAY TRANSIT, INC,<br>and<br>PAULINE JASKE<br>    Defendants. | |

### NOTICE OF WITHDRAWL AS COUNSEL FOR PLAINTIFF(S)

Please take notice that Attorney Gregory P. Stratz is no longer an attorney at Hawks Quindel, S.C. and should be removed as Counsel of record for Plaintiff(s) in this matter. Our firm continues to represent the Plaintiff(s) in this matter and all future notifications regarding this matter should continue to be directed to our attention.

Dated this 18th day of May 2022.

                                                **HAWKS QUINDEL, S.C.,**

                                                By:  *s/ Larry A. Johnson*
                                                Larry A. Johnson, SBN 1056619
                                                Summer Murshid, SBN 1075404
                                                Timothy P. Maynard, SBN 1080953
                                                Nathan Caputa, SBN 1115499

                                                5150 N. Port Washington Rd., Ste. 243
                                                Milwaukee, Wisconsin 53217
                                                Telephone:   414-271-8650

Facsimile: 414-207-6079
E-mail: ljohnson@hq-law.com
smurshid@hq-law.com
tmaynard@hq-law.com
ncaputa@hq-law.com

Attorneys for Plaintiff(s)